UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-MJ-8616-WM

UNITED STATES OF AMERICA

vs.

JOSE MUNOZ-NEVAREZ,

    Defendant.
_____/

FILED BY _____SW_____ D.C.
Dec 21, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?   **No**

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   **No**

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   **No**

                                                  Respectfully submitted,

                                                  MARKENZY LAPOINTE
                                                  UNITED STATES ATTORNEY

By:  _____
                                            Robin W. Waugh
                                            Assistant United States Attorney
                                            FL Bar No. 0537837
                                            500 South Australian Avenue, Suite 400
                                            West Palm Beach, Florida 33401
                                            Tel: (561)820-8711
                                            Email: robin.waugh@usdoj.gov

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JOSE MUNOZ-NEVAREZ,<br><br>_Defendant_ | Case No.   23-MJ-8616-WM |

FILED BY ___SW___ D.C.
Dec 21, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of   December 21, 2023,   in the county of   Palm Beach   in the Southern District of   Florida  , the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Re-entry After Removal or Deportation |

This criminal complaint is based on these facts:
See Attached Affidavit in Support of Criminal Complaint

☑ Continued on the attached sheet.

_Complainant's signature_

Andy Korzen, TFO, DHS-HSI
_Printed name and title_

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: December 21, 2023

_Judge's signature_

City and state:   West Palm Beach, Florida     William Matthewman, U.S. Magistrate Judge
_Printed name and title_

23-mj-8616-WM

# AFFIDAVIT
# OF
# ANDY KORZEN

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement and have been so employed for over twenty years. I am currently assigned to the HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Jose MUNOZ-NEVAREZ committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3. On or about December 21, 2023, Jose MUNOZ-NEVAREZ was arrested in Palm Beach County, Florida for the offenses of driving under the influence, and driving without a valid driver's license. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Jose MUNOZ-NEVAREZ is a native and citizen of Mexico. Records further show that on or about January 6, 2021, Jose MUNOZ-NEVAREZ was granted voluntary departure by an immigration judge. Jose MUNOZ-NEVAREZ departed the United States while in custody on or about January 29, 2021, and returned to Mexico.

5. Thereafter, Jose MUNOZ-NEVAREZ re-entered the United States illegally, and on or about January 11, 2022, was ordered removed. The Order of Removal was executed on or about

January 26, 2022, whereby Jose MUNOZ-NEVAREZ was removed from the United States and returned to Mexico.

6       Jose MUNOZ-NEVAREZ's fingerprints taken in connection with his December 21, 2023, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Jose MUNOZ-NEVAREZ.

7.      A record check was performed in the Computer Linked Application Informational Management System to determine if Jose MUNOZ-NEVAREZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Jose MUNOZ-NEVAREZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8.      Based on the foregoing, I submit that probable cause exists to believe that, on or about December 21, 2023, Jose MUNOZ-NEVAREZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Task Force Officer, HSI

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this  21st   day of December 2023.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: JOSE MUNOZ-NEVAREZ

**Case No**: 23-MJ-8616-WM

Count #: 1

Illegal Reentry After Removal or Deportation

Title 8, United States Code, Section 1326(a)

* **Max. Term of Imprisonment:**   2 years' imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:** 1 year term of supervised release
* **Max. Fine:**  $250,000 fine

Count #:

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

Count #:

* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.